# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET JENKINS, et al., <br> Plaintiffs, <br> v. <br> KENNETH L. MILLER, <br> Defendant. | Case No. 18-mc-80213-TSH <br><br> **DISCOVERY ORDER** <br> Re: Dkt. No. 1 |

Plaintiff has filed a notice of motion and motion to compel. ECF No. 1. The motion references an "attached Memorandum of Points and Authorities," but no such memorandum is attached. Also, the lodged exhibits are missing exhibit 3. The Court **ORDERS** Plaintiff to submit the missing items no later than January 16, 2019.

**IT IS SO ORDERED.**

Dated: January 9, 2019

THOMAS S. HIXSON
United States Magistrate Judge